FILED

AUG 2 4 2018

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**E.V. DRAKE**

Case Number: 5:18-CV-00854

*Plaintiff*

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, PAYNE MITCHELL LAW GROUP LLC, ACCC INSURANCE COMPANY, AMERICAN CENTURY CASUALTY COMPANY ET AL**

*Defendants*

## PLAINTIFF'S OBJECTION TO MAGISTRATE BEMPORAD

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, E.V. Drake objects to the Magistrate Henry J. Bemporad being assigned to the above cause of action.

1.      If the Plaintiffs objection is not sustained and the Court continues with the above cause of action with the Magistrate Bemporad, the Plaintiff will file an immediate dismissal without prejudice.

2.      However, the Plaintiff does not object to the Honorable Orlando L. Garcia. The Honorable Garcia is an even-handed and fair judge. Why has the Plaintiff taken such of a hard-line approach in the above case? The Plaintiff has had only two federal judges that were assigned to his cases that treated him with the same respect as an attorney whose race was Caucasian. In both cases, the Plaintiff was successful against some of the largest corporations in America. In fact, in one of those cases, not even season attorneys

1

had been successful against the defendants. In those cases the judge did give the Plaintiff any favors, but he made the playing field level, and any judge that does that, the Defendants has lots of explaining to do, and all the lying in the world will not save them.

3.     In the above suit, I am suing state judges and federal judges, the Attorney Generals Office of Texas, two assistant attorney generals, and some of the judges named in this suit, the Court most likely know these men personally. Any judge that the Plaintiff sues is not worth the black robe that they wear, and in a deposition or evidentiary hearing it will be plain to see that the judge is corrupt and unfit. However, trying to find a judge to take on such a task, is like finding teeth in a chicken, and yet even more difficult. But is this not what every judge should stand for, justice to be served regardless if its another judge who is corrupt or even a good friend. In America, we talk about how exacting and good our judicial system is, however, it is as good as the men and women who servers it.

4.     What I ask of this Court is a simply question. If the evidence supports it, could the Court really rule against an Article III judge that he knows and is his friend?

5.     What is occurring to the Plaintiff is similar to the Catholic priest scandal. The Plaintiff has been a licensed minister for over 33-years. He has openly spoken against the abuse of children by ministers and priest for years, and because of it, the Plaintiff wasn't well received by many churches. But men did not call the Plaintiff, the Almighty did, therefore men, even those dressed in black robes that call themselves ministers or priest does not control the Plaintiff, but only God does.

6.     Having said this, a judge also takes an oath before God to be impartial and fair, however, this does not occur to nonwhites who represent themselves very often, and it's as rare as chicken teeth. If this Court holds an evidentiary hearing in the above case, I

2

can only promise the Court that it will be a sight to see, somewhat like a "revival" because of the shouting, but the Defendants in this case will be shouting because many of them might loose their judge positions, careers be harmed, and attorneys might not be able to practice law. You see those who will go to Heaven will shout for joy, and those who enter into Hell will shout because of misery. What we do on Earth will transcend to where we reside for eternity.

7.     Therefore, respectfully, the Plaintiff objects to the magistrate, in fact any magistrate being assigned in the above case, and he will rely on the Almighty to guide the Honorable Garcia. No man can prove his innocence unless he has an opportunity to do so, or his damages in a civil case like the one above, unless he have the same opportunity. Since there are so many defendants named in the above cause of action, an evidentiary hearing will cut the defendant list down traumatically, and also the time in prosecuting the above case. Some will settle with the Plaintiff before they are exposed to cross-examination, and others will bravely take the stand thinking they can lie their way out of the Plaintiffs claims. But no one will be able to lie their way out of this lawsuits because the evidence will convict anyone the Plaintiff cross-examine. Just as much as no one will be able to lie their way out of Hell, or into Heaven. The Plaintiffs evidence is self-serving and will prove that the majority of the Defendants will either perjure themselves or settle the above case.

8.     Finally, the Plaintiff is not asking the Court to give him nothing but respect and an opportunity to prove his case and for an evidentiary hearing.

Respectfully submitted to the Honorable Court

this ___2 1st___ day of August, 2018.

Respectfully submitted,

V. Drake
P.O. Box 2084
San Antonio, Texas 78109
903-453-7880
legal.litigation.org@gmail.com